IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
CIVIL DIVISION

WILLIAM S. MCLAURINE, II )
   plaintiff, pro se )
  )
v. )
  )
Mid South Restaurants Inc. )
   defendant )
Internal Revenue Service )
   defendant )
  )
  )

3:07cv49-mht

## MOTION TO PROCEED IN FORMA PAUPERIS AND FOR APPOINTMENT OF COUNSEL

Plaintiff William McLaurine MOVES this Honorable Court for an order allowing him to proceed in this case without prepayment of fees, costs or security therefor, and for grounds therefor submits the attached sworn affidavit and notice of a grant of IN FORMA PAUPERIS in another matter before this court.

The Plaintiff further MOVES for the appointment of counsel in this matter.

I declare under penalty of perjury that the above information is true and correct.

DATE: 1-13-07

William S. McLaurine, II
222 Tichenor Avenue #4
Auburn, Alabama 36830
(334) 524-2175

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

__Middle__ District of __District__

RECEIVED
2007 JAN 16 A 11: 35
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT AL

Plaintiff

V.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, __William McLaurine__ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☑ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☑ Yes    ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. __MiddSouth Restaurants 346 W Magnolia Auburn AL  $325 / 2 weeks   after garnishment__

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | | |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☑ No |
   | e. | Gifts or inheritances | ☐ Yes | ☑ No |
   | f. | Any other sources | ☑ Yes | ☐ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

$200  Sale of Guitar to father
$500  loan of $500 dollars from father
$1000 Loan of $1000 from father
$300  Endorsement Fee

4. Do you have **any** cash or checking or savings accounts?  ☑ Yes   ☐ No

   If "Yes," state the total amount.  $74.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☐ No

   If "Yes," describe the property and state its value.

   Computer appx. $900
   Calculator (tool of trade) ≈ $250 to $350 new
   Model 700 Remington @ .270 Rfl  appx $400
   Protheus Library  Hortensa Estridle Law book ~ $5 to $35 ea. (Tool of trade)

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_1-13-07_                    _[signature]_
Date                         Signature of Applicant


**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.