IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| WILLIAM S. McLAURINE, II,   ) | |
| ) | |
|    Plaintiff,   ) | |
| ) | CIVIL ACTION NO. |
|    v.   ) | 3:07cv49-MHT |
| ) | |
| MID SOUTH RESTAURANTS,   ) | |
| INC., and INTERNAL   ) | |
| REVENUE SERVICE,   ) | |
| ) | |
|    Defendants.   ) | |

ORDER

For good cause shown, it is ORDERED that, pursuant to 28 U.S.C.A. § 636, this case is referred to the United States Magistrate Judge assigned to this case for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE, this the 17th day of January, 2007.

       /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE