IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| WILLIAM S. McLAURINE, II, )<br>)<br>　Plaintiff, )<br>)<br>　v. )<br>)<br>MID SOUTH RESTAURANTS, )<br>INC., and INTERNAL )<br>REVENUE SERVICE, )<br>)<br>　Defendants. ) | CIVIL ACTION NO.<br>3:07cv49-MHT |

ORDER

To the extent the plaintiff's pleading (doc. no. 1) contains a motion for a temporary restraining order, it is ORDERED that said motion is denied.

It is further ORDERED that this cause is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 17th day of January, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE