IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM S. MCLAURINE II | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:07CV49-MHT |
| | ) | (WO) |
| MID SOUTH RESTAURANTS, INC., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This case is before the court on the plaintiff's motion for leave to proceed *in forma pauperis*, filed January 16, 2007.

The court wishes the plaintiff to understand fully the limited nature of being allowed to proceed *in forma pauperis,* which only permits the plaintiff to commence this suit without prepayment of fees and court costs. The plaintiff should understand he may incur expenses as a result of the prosecution of this case. In the event of a trial, the plaintiff may compel the attendance of witnesses through subpoena only by tendering to each witness payment of a one-day witness fee, plus mileage. Also, court costs, which vary, but which can be very substantial, are normally assessed against the losing party. This means that a plaintiff who loses a case, even though proceeding *in forma pauperis*, may be charged with, and obligated to pay, all court costs. Now, having advised the plaintiff of the possible expense of litigation, it is

ORDERED that the motion for leave to proceed *in forma pauperis* be and is hereby

GRANTED.

Additionally, there being no exceptional circumstances justifying appointment of counsel, it is further ORDERED that plaintiff's motion for appointment of counsel is DENIED.

DONE, this 30th day of January, 2007.

          /s/ Susan Russ Walker
          SUSAN RUSS WALKER
          UNITED STATES MAGISTRATE JUDGE