AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle                  District of                  Alabama

William S McLaurine, II

V.

Mid South Restaurants, Inc., et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   3:07-cv-00049-MHT

TO: (Name and address of Defendant)

The Internal Revenue Service
Kansas City, MO 64999

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William S. McLaurine, II
222 Tichenor Avenue #4
Auburn, AL 36830
334-524-2175 (pro se)

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    1/30/07
CLERK                                               DATE

(By) DEPUTY CLERK

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

William S McLaurine, II

V.

Mid South Restaurants, Inc., et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   3:07-cv-00049-MHT

TO: (Name and address of Defendant)

Mid South Restaurants, Inc.
300 W. Wieuca Rd NE,
Building #1, Suite 200
Atlanta, GA 30342

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William S. McLaurine, II
222 Tichenor Avenue #4
Auburn, AL 36830
334-524-2175 (pro se)

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE 1/30/07

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

William S McLaurine, II

V.

Mid South Restaurants, Inc., et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   3:07-cv-00049-MHT

TO: (Name and address of Defendant)

Leura Garrett Canary
US Attorney
P.O. Gox 197
Montgomery, AL  36101-0197

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William S. McLaurine, II
222 Tichenor Avenue #4
Auburn, AL 36830
334-524-2175 (pro se)

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                                  1/30/07

CLERK                                                              DATE

_/s/ signature_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle District of Alabama

William S McLaurine, II

V.

Mid South Restaurants, Inc., et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:07-cv-00049-MHT

TO: (Name and address of Defendant)

Alberto Gonzales
Atty General fo the US
US Dept of Justice, 10th & Const. Ave
Washington, DC  20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William S. McLaurine, II
222 Tichenor Avenue #4
Auburn, AL 36830
334-524-2175 (pro se)

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    1/30/07

CLERK                                                DATE

_____
(By) DEPUTY CLERK