AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

William S McLaurine, II

V.

Mid South Restaurants, Inc., et al

*alias*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   3:07-cv-00049-MHT

TO: (Name and address of Defendant)

Mid South Restaurants, Inc.
346 West Magnolia
Auburn, AL 36832

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William S McLaurine, II
222 Tichenor Ave
Apt No. 4
Auburn, AL 36830
334-524-2175
PRO SE

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                                           2/1/07

CLERK                                                                          DATE

*V Austin, Deputy Clerk*