| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you. | A. Signature<br>X _[signature]_ ☒ Agent ☐ Addressee<br>B. Received by (*Printed Name*) Paul Carter   C. Date of Delivery 2-2-07 |
| Mid South Restaurants, Inc.<br>346 West Magnolia<br>Auburn, AL 36832 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>_alias summons_ |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7006 2760 0002 8193 1095 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540