07cv 49

Doc # 11
Stricken from
Docket.

document should have
been filed in 07cv 79