| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece.<br><br>|ıllıı.ıl..ıllıl.ı.l.l..l.l.....ll.l<br>The Internal Revenue Service<br>Kansas City, MO  64999 | A. Signature<br>X _____ J. Sh____  ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name)  |  C. Date of Delivery<br><br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>FEB 02 '07<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2760 0002 8193 2498 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |