**ORIGINAL**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

RECEIVED

2007 FEB 21  A 10: 41

| | |
|---|---|
| WILLIAM S. MCLAURINE, II, <br><br> Plaintiff, <br><br> v. <br><br> MID SOUTH RESTAURANTS, INC., et al. <br><br> Defendants. | Civil Action No. 3:07-cv-00049 MHT |

## MOTION TO ADMIT PRO HAC VICE JAMES L. HUGHES

I, James L. Hughes, request admission pro hac vice to represent Defendant, Mid South Restaurants, Inc. ("Mid South") in this case. In support of this Motion, attached are a Certificate of Good Standing from the United States District Court for the Northern District of Georgia and a check in the amount of $20.

Respectfully submitted,

_____
James L. Hughes
Georgia Bar No. 375950

WIMBERLY, LAWSON, STECKEL, WEATHERSBY & SCHNEIDER, P.C.
3400 Peachtree Road, Suite 400
Atlanta, Georgia 30326
(404) 365-0900
(404) 261-3707 (facsimile)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| WILLIAM S. MCLAURINE, II,<br><br>    Plaintiff,<br><br>v.<br><br>MID SOUTH RESTAURANTS, INC., et al.<br><br>    Defendants. | Civil Action No. 3:07-cv-00049 MHT |

### CERTIFICATE OF SERVICE

I certify that a true, correct and complete copy of the foregoing **MOTION TO ADMIT PRO HAC VICE JAMES L. HUGHES** was deposited in the United States mail with adequate first class postage affixed and addressed to William S McLaurine, II, 222 Tichenor Avenue, Apt No. 4, Auburn, AL 36830 on February 20, 2007.

_____
James L. Hughes



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA } 
} ss.
NORTHERN DISTRICT OF GEORGIA }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **JAMES L. HUGHES, 375950,** was duly admitted to practice in said Court on April 6, 1992 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 15th day of February, 2007.



JAMES N. HATTEN
CLERK OF COURT

By: _____
Luis Perez
Deputy Clerk