**ORIGINAL**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

RECEIVED

2007 FEB 21  A 10: 41

| | |
|---|---|
| WILLIAM S. MCLAURINE, II, | |
| Plaintiff, | |
| v. | Civil Action No. 3:07-cv-00049 MHT |
| MID SOUTH RESTAURANTS, INC., et al. | |
| Defendants. | |

### MOTION TO ADMIT PRO HAC VICE JAMES L. HUGHES

I, James L. Hughes, request admission pro hac vice to represent Defendant, Mid South Restaurants, Inc. ("Mid South") in this case. In support of this Motion, attached are a Certificate of Good Standing from the United States District Court for the Northern District of Georgia and a check in the amount of $20.

Respectfully submitted,

_____
James L. Hughes
Georgia Bar No. 375950

WIMBERLY, LAWSON, STECKEL, WEATHERSBY & SCHNEIDER, P.C.
3400 Peachtree Road, Suite 400
Atlanta, Georgia 30326
(404) 365-0900
(404) 261-3707 (facsimile)

**MOTION GRANTED**

THIS 23rd DAY OF February, 20 07

_____
UNITED STATES MAGISTRATE JUDGE