IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
CIVIL DIVISION

| | |
|---|---|
| WILLIAM S. MCLAURINE, II<br>plaintiff, pro se<br><br>v.<br><br>Mid South Restaurants Inc.<br>defendant<br>Internal Revenue Service<br>defendant | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 3:07CV49-MHT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT FOR REPLY TO MOTION TO DEFENDANT MID SOUTH RESTAURANTS, INC.'S MOTION TO DISMISS

[1]     My Name is William Sandlin McLaurine II. I live at 222 Tichenor Avenue, Apartment 4, Auburn, Alabama, 36830.  I am the Plaintiff.

[2]     My wages are being diverted at the Request of Defendant INTERNAL REVENUE SERVICE by Defendant MID SOUTH RESTAURANTS, INC.

[3]     I have been informed that the authority that the Defendants are basing there actions is U.S.C. § 6331.

[4]     I have not received NOTICE AND DEMAND FOR PAYMENT (as required by U.S.C. § 6303) for any amount of taxes owed.

[5]     I have been provided documents used to suport the claims made on my wages by the Defendants.  The Documents list the Title of the person who issued the documents as "Operations Manager, Collections."  The Signature on this document is illegible.  There is no clear representaion of a name of an issuing authority.  Several request for information made upon the Defendant INTERNAL REVENUE SERVICE, were not met.  These request included the identity of the person who signed the documents.  A letter including promises the information would be forthcoming was issued, but the identity of this individual has not yet been ascertained.

[6]     I, the Plainitiff William Sandlin McLaurine, II assert that I have not or ever have been an "officer, employee, or elected official of the United States, the District of Columbia, or any agency or instrumentality of the United States or the District of Columbia," as defined in U.S.C. 26 § 6331(a).

I declare under penalty of perjury that the above information is true and correct.

DATE:_____March 13, 2007_____     _____
                                                                William S. McLaurine, II
                                                                222 Tichenor Avenue #4
                                                                Auburn, Alabama 36830
                                                                (334) 524-2175

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
CIVIL DIVISION

| | |
|---|---|
| WILLIAM S. MCLAURINE, II<br>    plaintiff, pro se<br><br>v.<br><br>Mid South Restaurants Inc.<br>    defendant<br>Internal Revenue Service<br>    defendant | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 3:07CV49-MHT<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I have served the following device(s):

REPLY TO MOTION TO DEFENDANT MID SOUTH RESTAURANTS, INC.'S MOTION TO DISMISS

AFFIDAVIT FOR REPLY TO MOTION TO DEFENDANT MID SOUTH RESTAURANTS, INC.'S MOTION TO DISMISS

MOTION FOR SHIFT OF BURDEN OF PROOF

by mail upon:

James L. Hughes
Wimberly, Lawson, Steckel, Weathersby, & Schneider, P.C.
3400 Peachtree Road, Suite 400
Atlanta, Georgia  30326

and

The Internal Revenue Service
Kansas City, MO  64999

I declare under penalty of perjury that the above information is true and correct.

DATE:_____March 13, 2007_____     _____
William S. McLaurine, II
222 Tichenor Avenue #4
Auburn, Alabama 36830
(334) 524-2175

Exhibit for

<u>**AFFIDAVIT FOR REPLY TO MOTION TO DEFENDANT MID SOUTH RESTAURANTS, INC.'S MOTION TO DISMISS**</u>


**IRS** Department of the Treasury
Internal Revenue Service

OGDEN  UT  84201-0058

In reply refer to: 0412660360
Feb. 08, 2007  LTR 2645C  EO
▬▬▬▬▬▬▬▬  200212 30 000
                                  00000176
BODC: WI

WILLIAM S MCLAURINE
222 TICHENOR AVE APT 4
AUBURN  AL  36830-4837044

0470

Taxpayer Identification Number: ▬▬▬▬▬▬▬
           Tax Period(s): Dec. 31, 2002

                        Form: 1040

Dear Taxpayer:

Thank you for your inquiry of Jan. 09, 2007.

We are unable to furnish the copies to you now. We have ordered the document(s) from the office where we keep our files. You should receive the document(s) within 60 days. You don't need to take any further action now on this matter.

If you have any questions, please call us toll free at 1-800-829-0922.

If you prefer, you may write to us at the address shown at the top of the first page of this letter.

Whenever you write, please include this letter with your telephone number and the hours we can reach you entered in the spaces provided below. You may want to keep a copy of this letter for your records.

Your telephone number (___)_____ Hours _____

We apologize for any inconvenience we may have caused you, and thank you for your cooperation.

                              Sincerely yours,

                              *Karen C. Johnson*
                              Karen C. Johnson
                              Operations Manager, Post Processing