IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
CIVIL DIVISION

| | |
|---|---|
| WILLIAM S. MCLAURINE, II<br>plaintiff, pro se<br><br>v.<br><br>Mid South Restaurants Inc.<br>defendant<br>Internal Revenue Service<br>defendant | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 3:07CV49-MHT<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR SHIFT OF BURDEN OF PROOF

Comes now the Plaintifff, William S. McLaurine, to invoke U.S.C. 26 § 7491. The Declaration and evidence provided by all parties in the matter constitute "credible evidence" that the Burden of Proof should be upon any agent of "the Secretary" or any person claiming to be an agent of "the Secretary." As such the Plaintiff MOVES that the burden of proof in matter, particularly with reference to the validity of claims of debts and/or taxes owed by the Plainitiff be place upon the Defendant INTERNAL REVENUE SERVICE.

I declare under penalty of perjury that the above information is true and correct.

DATE:_____March 13, 2007_____          ___/s/_____
                                          William S. McLaurine, II
                                          222 Tichenor Avenue #4
                                          Auburn, Alabama 36830
                                          (334) 524-2175

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
CIVIL DIVISION

| | |
|---|---|
| WILLIAM S. MCLAURINE, II<br>plaintiff, pro se<br><br>v.<br><br>Mid South Restaurants Inc.<br>defendant<br>Internal Revenue Service<br>defendant | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 3:07CV49-MHT<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I have served the following device(s):

REPLY TO MOTION TO DEFENDANT MID SOUTH RESTAURANTS, INC.'S MOTION TO DISMISS

AFFIDAVIT FOR REPLY TO MOTION TO DEFENDANT MID SOUTH RESTAURANTS, INC.'S MOTION TO DISMISS

MOTION FOR SHIFT OF BURDEN OF PROOF

by mail upon:

James L. Hughes
Wimberly, Lawson, Steckel, Weathersby, & Schneider, P.C.
3400 Peachtree Road, Suite 400
Atlanta, Georgia  30326

and

The Internal Revenue Service
Kansas City, MO  64999

I declare under penalty of perjury that the above information is true and correct.

DATE:_____March 13, 2007_____        _____
                                             William S. McLaurine, II
                                             222 Tichenor Avenue #4
                                             Auburn, Alabama 36830
                                             (334) 524-2175