IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM S. MCLAURINE, II, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:07cv049-MHT |
| ) | |
| MID SOUTH RESTAURANTS, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of defendant Internal Revenue Services' motion to dismiss (Doc. # 24) filed March 30, 2007, and for good cause, it is

ORDERED that plaintiff file a response to the motion on or before April 17, 2007.

DONE, this 4th day of April, 2007.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE