# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

William S McLaurine, II

V.

Mid South Restaurants, Inc., et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  3:07-cv-00049-MHT

TO: (Name and address of Defendant)

Mid South Restaurants, Inc.
300 W. Wieuca Rd NE,
Building #1, Suite 200
Atlanta, GA 30342

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William S. McLaurine, II
222 Tichenor Avenue #4
Auburn, AL 36830
334-524-2175 (pro se)

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    1/30/07

CLERK                                               DATE

/s/ V. Austin
(By) DEPUTY CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0

OFFICIAL BUSINESS

7006 2760 0002 8193 2481

UNCLAIMED

NIXIE        303        1        76    04/07/07

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 36101071111                *2291-02236-07-23

