IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
CIVIL DIVISION

| | |
|---|---|
| WILLIAM S. MCLAURINE, II )<br>plaintiff, pro se )<br> )<br>v. )<br> )<br>Mid South Restaurants Inc. )<br>defendant )<br>Internal Revenue Service )<br>defendant )<br> )<br> ) | Case NO. 3:07-CV-00049-MHT |

## MOTION TO AMEND COMPLAINT

The Plaintiff's comes to file a MOTON TO AMEND COMPLAINT. The Plaintiff had been operating under the assumption that the defendant Internal Revenue Service was a private collection agency working on behalf of the United States. The Plaintiff MOVES to AMEND the COMPLAINT to exercise relief under U.S.C. 7333 against the defendant Internal Revenue Service (a.k.a. United States) by means of the accompanying AMENDED COMPLAINT.

I declare under penalty of perjury that the above information is true and correct.

DATE: May 5, 2007

William S. McLaurine, II
222 Tichenor Avenue #4
Auburn, Alabama 36830
(334) 524-2175

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
CIVIL DIVISION

WILLIAM S. MCLAURINE, II )
plaintiff, pro se )
)
2007 MAY -7 A 10: 55 )
)
v. )
) Case NO. 3:07-CV-00049-MHT
)
Mid South Restaurants Inc. )
defendant )
Internal Revenue Service )
defendant )
)
)
)

## NOTICE OF SERVICE

I have served the following device:

OBJECTIONS TO RECCOMENDATIONS OF MAGISTRATE JUDGE

MOTION TO AMEND COMPLAINT

AMENDED COMPLAINT

by certified mail upon:

James L. Hughes
3400 Peachtree Road, Suite 400
Atlanta, Georgia 30326

The Internal Revenue Service
Kansas City, MO 64999

James T. Lyons
Trial Attorney, Tax Division
P. O. Box 14198
Ben Franklin Station
Washington, D.C. 20044

I declare under penalty of perjury that the above information is true and correct.

DATE: _____May 5, 2007_____     _____
                                       William S. McLaurine, II
                                       222 Tichenor Avenue #4
                                       Auburn, Alabama 36830
                                       (334) 524-2175

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
CIVIL DIVISION

| | |
|---|---|
| WILLIAM S. MCLAURINE, II )<br>  plaintiff, pro se )<br> )<br> v. )<br> )<br> Mid South Restaurants Inc. )<br>   defendant )<br> Internal Revenue Service )<br>   defendant )<br> United States )<br> ) | Case NO. 3:07-CV-00049-MHT |

## AMENDED COMPLAINT

The Plaintiff comes to AMEND THE COMPLAINT against the defendant Internal Revenue Service for recovery of damages under U.S.C. 7333 for negligence in the Amount $100,000.00 and/or for willful ignorance of statutes in the amount of $900,000.00.

The Amendment seeks to include the United States Government as defendant as required in the Statute for the following seperate and several reasons:

[1] The Plaintiff asserts that the Defendant Internal Revenue Service (a.k.a. United States) and/or the operatives of the defendant failed to properly serve and/or provide the Defendant with a "Notice and Demand" of a tax as required by U.S.C. 26 6331 before envoking the powers of levy in in U.S.C. 26 6331.

[2] The Plaintiff further asserts that the documents used to invoke wage garnishment were issued with Authority of a lawful delegation of authority published in the Federal Register or in another legally binding format.

[3] The Plaintiff further asserts that the documents failed to contain necessary Office of Management and Budget identification numbers (O.M.B.)

I declare under penalty of perjury that the above information is true and correct.

DATE: _____May 5, 2007_____  

William S. McLaurine, II
222 Tichenor Avenue #4
Auburn, Alabama 36830
(334) 524-2175

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
CIVIL DIVISION

| | |
|---|---|
| WILLIAM S. MCLAURINE, II<br>plaintiff, pro se<br><br>v.<br><br>Mid South Restaurants Inc.<br>defendant<br>Internal Revenue Service<br>defendant | )<br>)<br>)<br>)<br>)<br>) Case NO. 3:07-CV-00049-MHT<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

I have served the following device:

OBJECTIONS TO RECCOMENDATIONS OF MAGISTRATE JUDGE

MOTION TO AMEND COMPLAINT

AMENDED COMPLAINT

by certified mail upon:

James L. Hughes
3400 Peachtree Road, Suite 400
Atlanta, Georgia  30326

The Internal Revenue Service
Kansas City, MO  64999

James T. Lyons
Trial Attorney, Tax Division
P. O. Box 14198
Ben Franklin Station
Washington, D.C. 20044

I declare under penalty of perjury that the above information is true and correct.

DATE: _____May 5, 2007_____

William S. McLaurine, II
222 Tichenor Avenue #4
Auburn, Alabama 36830
(334) 524-2175