IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
CIVIL DIVISION

WILLIAM S. MCLAURINE, II )
plaintiff, pro se )
)
v. )
) Case NO. 3:07-CV-00049-MHT
Mid South Restaurants Inc. )
defendant )
Internal Revenue Service )
defendant )
)
)
)
)

## OBJECTIONS TO RECCOMENDATIONS OF MAGISTRATE JUDGE

The Plaintiff was directed to file objections to the RECOMMENDATION OF THE MAGISTRATE JUDGE by May 7, 2007. Below are the detailed objections of the Magistrate Judge's conclusions.

(1)    "Defendants motion to dismiss (Docs. 15, 24) be GRANTED"

The Plaintiff objects to the dismissal and requests that if a dismissal is granted, it does not prejudice the Plaintiff's ability to file suit for refund after the tax is paid.

(2)    "plaintiff's claims for injuncitive relief against the defendant Mid South and against the United States be dismissed for lack of juridiction.

As stated before, this is not a "refund" suit. The Internal Reveneu Service can still collect any legally collectible tax and/or penlaty, by complying with the lawful procedures. The Plaintiff welcomes the ruling by this court that the Internal Revenue Service is the "United States" as being a bureau of the Treasury Department. The Plaintiff had been under the Assumption that the Internal Revenue Service was a private collection agency working for the Government due to previuos court rulings. The Plaintiff is only seeking injunctive relief as to procedures required by statute and regulations. The Plaintiff Maintains that he has not received a "Notice and Demand" for a tax. U.S.C. 26 6331 requires that the person being served with a Levy or Notice of Levy be either a person who is an employee, officer, or official as previous argued OR a person who has been served with a "Notice and Demand" for a tax at least ten day prior to the Service of Levy or Notice of Levy. The Defendant Internal Revenue Service has asserted that there is not waiver of sovereign immunity. U.S.C. 7333 provides the necessary wiaver of Sovereign Immunity. See acompanying MOTION TO AMEND COMPLAINT and AMENDED COMPLAINT.

(3)    "to the extent palintiff asserts a claim for damages against defendant Mid South, the claim be dismissed prusuant to Mid South's statutory immunity;"

The Plaintiff Maintains that the actions of the IRS in this matter are not taken at the

Direction of "the Secretary." The Plaintiff welcomes the ruling by this court that the Internal Revenue Service is the "United States" as being a bureau of the Treasury Department. The argument against the immunity of Mid South is that the power to issue a levy persuant to U.S.C. 26 6331 resides with the Secretary and not with the Treasury or its bureaus. As such the power to issue a levy or notice of levy, must originate with Secretary of the Treasury, the Commissioner of Internal Revenue, or from an individual delegated the power from the Secretary of the Treasury or Commissioner of Internal Revenue in the Federal Register. As no such delegation of authority, and/or that no legible name has been given for the individual issuing the Notice of Levy, the Immunity does not issue from the Secretary. Since the Immunity generated by statute states that the request must come from the Secretary, and no proof that the request actually comes from the Secretary has been divulged, the Defendant Mid South, is not entitled to Immunity under the statute.

(4)    "The Plaintiff's Motion for Shift of Burden of proof (Doc. #22) be DENIED."

The Plaintiff objects to the Motion permanently binding. The court appears to be saying that the motion cannot be upheld because the issue of jurisdiction has not been acheived. The Plaintiff would like to reserve the ability to refile this Motion when and if Jurisidiction is obtained. (such as after the payment of any tax has been made and a refund suit may be initiated)

I declare under penalty of perjury that the above information is true and correct.

DATE:    May 5, 2007

William S. McLaurine, II
222 Tichenor Avenue #4
Auburn, Alabama 36830
(334) 524-2175

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
CIVIL DIVISION

WILLIAM S. MCLAURINE, II )
plaintiff, pro se )
)
v. )
) Case NO. 3:07-CV-00049-MHT
Mid South Restaurants Inc. )
defendant )
Internal Revenue Service )
defendant )
)
)
)
)

## NOTICE OF SERVICE

I have served the following device:

OBJECTIONS TO RECCOMENDATIONS OF MAGISTRATE JUDGE

MOTION TO AMEND COMPLAINT

AMENDED COMPLAINT

by certified mail upon:

James L. Hughes
3400 Peachtree Road, Suite 400
Atlanta, Georgia  30326

The Internal Revenue Service
Kansas City, MO  64999

James T. Lyons
Trial Attorney, Tax Division
P. O. Box 14198
Ben Franklin Station
Washington, D.C. 20044

I declare under penalty of perjury that the above information is true and correct.

DATE:_____May 5, 2007_____        _____/s/_____
William S. McLaurine, II
222 Tichenor Avenue #4
Auburn, Alabama 36830
(334) 524-2175