IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM S. MCLAURINE, II, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:07cv049-MHT |
| | ) | |
| MID SOUTH RESTAURANTS, INC., et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This action is presently before the court on the motion to amend complaint filed by plaintiff on May 7, 2007 (Doc. # 29). Plaintiff seeks leave to amend his complaint to include a claim for damages against the United States for its negligent or willful failure to comply with the notice and demand requirements of 26 U.S.C. § 6331. Plaintiff does not allege that he has exhausted administrative remedies, a jurisdictional prerequisite to the claim he now seeks to assert. Accordingly, it is

ORDERED that plaintiff is DIRECTED to show cause, in writing, on or before May 17, 2007, why the motion to amend should not be denied due to plaintiff's failure to exhaust administrative remedies. If plaintiff has, in fact, exhausted administrative remedies as to his claim for damages, he is DIRECTED to include with his response: (1) an affidavit indicating the date on which he filed his administrative claim and attaching a copy of the claim; and (2) a new proposed amended complaint which includes an allegation that plaintiff has exhausted administrative remedies.

DONE, this 10th day of May, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE