IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
CIVIL DIVISION

| | |
|---|---|
| WILLIAM S. MCLAURINE, II<br>plaintiff | )<br>)<br>) |
| v. | ) Case NO. 3:07-CV-00049-MHT<br>) |
| Mid South Restaurants Inc.<br>defendant<br>Internal Revenue Service a.k.a the United States<br>defendant | )<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR WITHDRAWAL

The Plaintiff, William Sandlin McLaurine, II, MOVES to WITHDRAW the COMPLAINT and all amendments as filed in this case against all defendants named or unnamed in this case. After a careful review of the law and the facts of this case, Plaintiff cannot, now and in good faith, sustain a credible case in this matter due to the deficiencies in the following seperate and several items: resources, evidence, fact, law and/or jurisdiction. This MOTION FOR WITHDRAWAL should not be construed to be an acceptance of any presumption in this case not specifically listed in this MOTION FOR WITHDRAWAL. This MOTION FOR WITHDRAWAL should not be construed to be an acceptance of any presumption and/or other prejudice in any other matter.

The Plaintiff does assert that any statutory limitation on the jurisdiction of this court with respect to the time limit between acts defined by the COMPLAINT and the actual filing of the COMPLAINT will be the compoundment of the time elapsed before the COMPLAINT was recognized by this court and the time after this court recognizes this MOTION FOR WITHDRAWAL.

The plaintiff reserves all rights not explicitly defined in this MOTION FOR WITHDRAWAL without prejudice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: _____May 19, 2007_____

_____
William S. McLaurine, II
222 Tichenor Avenue #4
Auburn, Alabama 36830
(334) 524-2175

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
CIVIL DIVISION

| | |
|---|---|
| WILLIAM S. MCLAURINE, II<br>plaintiff | )<br>)<br>) |
| v. | ) Case NO. 3:07-CV-00049-MHT |
| Mid South Restaurants Inc.<br>defendant<br>Internal Revenue Service<br>defendant | )<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I have served the following device:

MOTION FOR WITHDRAWAL

by certified mail upon:

James L. Hughes
3400 Peachtree Road, Suite 400
Atlanta, Georgia  30326

The Internal Revenue Service
Kansas City, MO  64999

James T. Lyons
Trial Attorney, Tax Division
P. O. Box 14198
Ben Franklin Station
Washington, D.C. 20044

This document submitted with all rights reserved without prejudice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: _____May 19, 2007_____    _____/s/_____
William S. McLaurine, II
222 Tichenor Avenue #4
Auburn, Alabama 36830
(334) 524-2175