IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM S. MCLAURINE, II, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:07cv049-MHT |
| ) | |
| MID SOUTH RESTAURANTS, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

By order entered May 10, 2007 (Doc. # 32), the court directed plaintiff to show cause why his motion for leave to amend his complaint to include a claim for damages against the United States for its negligent or willful failure to comply with the notice and demand requirements of 26 U.S.C. § 6331 should not be denied due to plaintiff's failure to exhaust administrative remedies. Plaintiff did not respond to the show cause order within the time allowed by the court. Instead, on May 21, 2007, plaintiff filed a motion to withdraw his complaint and all amendments. Upon consideration of the motion for leave to amend and plaintiff's failure to allege and demonstrate that he has exhausted administrative remedies, it is

ORDERED that the motion to amend complaint (Doc. # 29) is DENIED.

DONE, this 22nd day of May, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE